# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

H&L IMPROVEMENTS, LLC

VERSUS

LOUISIANA CITIZENS PROPERTY
INSURANCE CORPORATION

NO.  2026 CW 0454

**JULY 7, 2026**

---

In Re:  Louisiana Citizens Property Insurance Corporation, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 40105.

---

**BEFORE:**  **McCLENDON, C.J., STROMBERG AND EDWARDS, JJ.**

   **WRIT DENIED.** Regardless of whether the communications sent by plaintiff were sufficient to satisfy the cure period notice requirement of La. R.S. 22:1892.2, more than sixty days have elapsed since defendant was placed on notice of the facts and circumstances of the dispute through plaintiff's petition filed on September 11, 2025.

                         PMc
                         TPS
                         BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT